## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **TIMOTHY L. JENNINGS, SR.,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 2113(a) |
| **Defendant.** | : | (Bank Robbery) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. § 981(a)(1)(C), |
| | : | 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 17, 2017, within the District of Columbia, **TIMOTHY L. JENNINGS, SR.**, by force, violence, and intimidation did take from the person or presence of another, that is, money, approximately $926 in U.S. currency, belonging to and in the care, custody, control, management, and possession of Suntrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(Bank Robbery, in violation of Title 18, United States Code, Section 2113(a))

### COUNT TWO

On or about July 21, 2017, within the District of Columbia, **TIMOTHY L. JENNINGS, SR.**, by force, violence and intimidation did take from the person or presence of another, that is, money, approximately $441 in U.S. currency, belonging to and in the care, custody, control,

management, and possession of M&T Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Counts One and/or Two, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, 981(a)(1)(C) and Title 28, United States Code, 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $1367.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

2

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, 853(p).

> **(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
EMORY V. COLE
Assistant United States Attorney
PA Bar No. 49136
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
Tel: (202) 252-7692
Emory.Cole@usdoj.gov

3