TO: THE CHAMBERS OF THE HONORABLE JUDGE
FROM: Timothy L. Jennings Sr.
DATE: April 23, 2018

RE: Sentencing Letter to the Honorable Judge Chutkan

I Timothy L. Jennings is writing this letter of my character to the Honorable Judge Chutkan for Sentencing.

I do clearly apologize for my negative action in what I've done in the community. I'am a Vietnam War Veteran with United States Marine Corps "U.S.M.C. and a Veteran with the Army National Guard. I have earned a "A.S." Associates Arts Degree from Hagerstown Community College in "Management" on May 14, 1994. While and After I was Discharged "Honorably" from the Military I was diagnose with P.T.S.D And Bio-Polar disorder Along with a drug problem that really has never been addressed. Your Honor I'm not saying that my Reason for getting involved into trouble was because of having these problems but I believe that it "Problems not Address" had a effect on many of my action criminally. I've never been given a Split Sentence to address my "Issues" only prison time. Hopefully I can qualify for some type professional structured "Court Ordered" professional Assistance. All my life a Judge has never

given my instructions such as you did in my Plea-Agreement Hearing on April 12, 2018 nor has I been ever considered for a serious P.T.S.D., Bi-Polar or Out-source inpatient Medical-Treatment Program. Furthermore, Your Honor I thank you in advance for any consideration the Courts may address on my behalf.

I work at Veteran Medical Center 50 Irving St N.W. Washington, D.C. as a "Housekeeping Clerk" under a Veterans Program called "C.W.T." Program Comprehensive Work Therapy; that assist Veteran's that needs assistance because we qualify because we were discharged Honorably and the program hire Veterans only. I work there from Dec. 30, 2016 — July, 2017. I was selected for full time and have a "Tenative Offer Letter" provided for the Court through "Michelle Peterson, Esq. Assistant Federal Public Defender. I will provide the Court with proof of the "Tenative Offer Letter to show the Court that I was doing well. I did get assistance with the A.R.D.A.P. Program while incarcerated at F.C.I. Marianna Florida. The program was 1 year to complete program and 1 year aftercare. It did help me I didn't use drugs for the time I was released until I relaspe one time, this is when I committed my charge.

My family background is: I have 5 siblings 3 boys 2 girls Mom and Dad separated when I was 11 years old and I was devastated because I always wanted my parents to be together. Anyway, both of my parents are pass on, one brother and one sister are too. I have one son Timothy L. Jennings Jr., Ph.d, two grandson 12 & 6 and a 24 year old granddaughter. We all have a good relationship and to be honest they are upset with me because at my age "62" soon; time is passing me by and I'm missing out of my families life. Hopefully I can put all this behind me.

My health has become a major situation; as to date I been diagnose with needing a "right knee replacement because the cartilage has gone and bone has shifted in which causing the knee bone to rub causing major pain: I'm type II diabetic, High-Blood pressure and most important "my Heart may need replacement as well. I'm taking medication for everything especially my Heart I can't miss that medication. I pray that whatever incarceration is imposed that you your honor recommend one to a medical facility to assist ones medical needs especially the "knee replacement". Thank you.

Currently I'm incarcerated at D.C. Jail in the "Detail Working Unit" as a "License Barber"; A letter from the Barbershop Instructor is attached to show proof of my 11 month tenure and professional Barbering experience in servicing the D.C. Jail population. In Addition, I've been enrolled in the Substance Abuse Drug Program that comes into the D.C. Jail on Thursday from 9:00 AM – 11:00 AM and Saturdays from 4:00 PM – 6:00 PM focusing on all levels of Drugs, Lifestyle change and criminal Behaviors. Also I'm involved in a Youth Mentoring Group for the youth on several Unit Blocks to perhaps Sharing my personal "Hope, Strength & Faith" to maybe safe a life. I was choosen by Warden Johnson along with three other good men to give back by our age group "62". I truely enjoy it.

Once again I'm thoroughly Remorseful and regret any pass/present misdeeds. I wasn't in my correct mind; I was on "Crack Cocaine" when I did these Bank Robberies. No one does these in there right state of mind; however I think about it everyday and I'm not pleased with my actions. Whatever I can do to make this go away I'd do. I'm to old to be into this situation in my life especially with my health problems. Your Honor I will accept whatever terms you deem necessary.

In closing, I am having prepared: "Letters, Statements" and hopefully all my family members will be available for my sentencing date on "June 21, 2018. I ask that I can address my medical situations: Knee replacement, P.T.S.D./Bi-Polar and perhaps my Drug Addiction at maybe "Butner N.C. F.C.I. Medical Facility or any Medical Facility as soon as possible because at my age "62" I'm at a disadvantage in any Federal Prison needing a full knee replacement and major heart trouble. To much can happen in Federal Pen., F.C.I. to not be at minimum healthy. Please Your Honor take these factors into consideration. Thank You..

     Furthermore, if you decide to impose any restitution or fine in my case please allow me to pay the minimum fee $25.00 because I have nothing. In addition, Please recommend "Unicor" so I can be eligible to pay the necessary financial monies imposed. If you do chose to allow me to pay the $25.00 minimum fee; The Judgment & Commitment Order must and clearly spell that out because B.O.P. will not honor the J.C.O. Judgement & Commitment Order otherwise. The Honorable Judge T.S. Chutkan I'd appreciate any consideration the Court will do.    Thank You!

— Timothy L. Jennings Sr.



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

4/7/17

Timothy L. Jennings

Dear Mr. Jennings:

I am pleased to inform you of your tentative selection for a position with the DC Veterans Affairs Medical Center (VAMC). Information regarding your appointment is indicated below:

Position:             Housekeeping Aid

Series/Grade/Salary:  WG 2 Step 1 $13.76 Per Hour

Location:             Washington DC VA Medical Center
                      50 Irving Street NW
                      Washington, DC 20422

Type of Appointment:  Career Conditional

We strongly **DO NOT** recommend relocating/moving, giving notice to current employers and/or making any additional decisions based on this tentative offer, until you have been given a firm job offer in the form of a commitment letter. *Note:* This is a tentative offer, pending the completion and clearance of pre-employment requirements.

This appointment is contingent upon a favorable adjudication of your fingerprints, background investigation, and satisfactory results of the physical examination.

Applicants applying for Federal Employment are required to complete the OF-306, Declaration of Federal Employment. The information collected on this form may be used to determine your suitability for the position cited above.

The U.S Government conducts background investigations to establish that prospective employees and current employees are suitable for Federal positions. As a condition of employment, a National Agency Check Inquiry (NACI) investigation must be completed and successfully adjudicated. The U.S. Office of Personnel Management (OPM) has developed a web-based automated system called "The Electronic Questionnaire of Investigations Processing" (e-QIP). In order to initiate your investigation, you must complete the electronic SF-85, "Questionnaire for Non-Sensitive Positions" security form. In order for you to be initiated and gain access to e-QIP, you will be contacted by a representative from our Personnel Security Staff via e-mail or telephone. At that time, you will be provided the instructions for using the e-QIP system.

You have 2 days from the date above to return the Declaration of Federal Employment OF306 form if you are accepting the position.

If you have any questions, please call Brenton W. Service at 202-745-8000, ext. 52231.

Sincerely,

Sandra Emery, MBA
Acting Human Resources Officer

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

# DEPARTMENT OF CORRECTIONS



April 23, 2018

United States District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Honorable Judge Tanya S. Chutkan,

      I am Corporal Leonard Thomas and I am a Correctional Officer for the District of Columbia Department of Corrections and also in charge of the Barbering Unit for the facility. This letter is to inform you that I have a worker, Mr. Timothy Jennings, who is housed in the Central Detention Facility that is detailed to the Barber Squad. Mr. Timothy Jennings has been working for me, for most of the time he has been incarcerated in 2018. He comes to work every day, very hard working, a leader and also enjoys assisting the other barbers on the squad with improving their skills. Mr. Jennings works overtime 4 to 5 nights out the week to ensure inmates who attend court the next day, receive a haircut. Mr. Jennings also further assists the housing unit Case Manager with their daily operation by conducting clerical work. He loves what he does, and wants to continue to do so out in the community and not in the facility.

Sincerely,

Corporal Leonard Thomas

FILED
MAY 31 2018
Clerk, U.S. District and
Bankruptcy Courts

(LEAVE TO FILE GRANTED
5/31/2018)

5/22/18
CR 18-17 (TSC)

①

Your Honor Judge Chutkan,
I am writing to you regarding my brother Timothy S. Jennings Sr. I am his only sister alive Pamela V. Jennings Smith. I am closet to Jim. He was locked up for (10) years. In this time he has lost a great deal of family, mother, Father, Brother & sister and other family members. However he has overcome these times, with the Grace of God. Jim's a good hearted person, he's loving & kind. His presence with family means a great deal. When he was released our family was so happy. Judge Chutkan he was making such good progress. Your Honor, I've been working a job for 21 years, he was so proud of me, I was so proud of him for what he has done in the time of his release. When my Dad got sick I took him in and took care of him. He passed away in my home. It was really hard to tell Jim this news, then my younger sister passed away it was even harder.

over

②

5/22/18

Everyone is effected by what Jim did, He's Son have not spoken or written him. Jim's in great pain right now. As in life you must deal with the consequences of what you do. In life we make mistakes, so are greater then others. This one was a big one. Not forgiving of the Courts of Law ~~But~~ But By God! I don't understand why he did what This, I would have done anything to change his mind. It was a stupid mistake. Jim's a caring person I don't know what happened in that moment of time with him. He needs Hope & Faith for hard times. There is no greater hope & Faith then the assurances of a second chance. Jim's smart, caring, amazing and incredible, loving and unstoppable with his family. Jim was released in Sept. 2016. Had a place to Stay, got a good job, got a car was in touch with his Son & grandkids, n ieces & ~~maybe~~ nephews brother & myself.

Over

(3)

5/22/18

Honor Clutkar,

Some men are great because they made a name for themselves. Some men are great because they mean the world to other.
Jim's exceptional great because he love others.

" Your Honor Clutkar "
I trust what you decide for my Brother Jimothy R Jennings Sr.

To my Brother with love
Just to say I love you
Just to say I care
Just to say I pray for you
Just to say I am there
Just to say God with, + love
Love Pam

Sincerely Pamela V. Jennings Smith

18cr17

*[signature]* 6/6/2018

**FILED**

JUN - 6 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Your Honorable
Judge Tanya Chutkan,

Please forgive my writing
I have a nerve problem
in my hands. I am writing
this letter in reference
to Timothy Jenivings. I have
known him thru Elementry
school. I lost contact with
him a few years and I met
him. I got out
and months later he got
out, he stayed in contact
with me and he is Really
a Nice person, I can't speak
on the crime he commit but
I feel if not for the drugs
he would never have done
that. I feel he had a
Reservations in the back
of his head that he was not
aware of. it give a drug
treatment program I

I feel will help him Alot. he had a job at V.A. hospital, money in the bank, just brought A car, and had A place to live. I really do not know what to say, but I do know with out the drugs he is one of the best friends A person can ask for.

Thank You,
George Wrudel

18 CR 17

**FILED**

MAY 11 2018

Clerk, U.S. District and
Bankruptcy Courts

5/3/18

To whom it may concern...

My name is Reginald Spriggs and I'm a good friend of Mr. Timothy Jennings and we have been friends for a number a years. Mr. Jennings has always been a hard working responsible person since I've known him. We have worked together doing odd jobs and landscaping. I'm still doing landscaping and will always have a job upon release.

Mr. Jennings is a man that got caught up with drugs and made a bad mistake that he will suffer for, but he will also learn from this. My prayers are with him and my mother who is 96 yrs of age and I will be praying for him.

LEAVE TO FILE GRANTED
5/11/2018

Sincerely,

Reginald Spriggs