IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Columbia

District of Columbia
Washington, DC

Leave to
Grant
Eve
4/16/2020

Timothy L. Jennings Sr.,
Petitioner

v.

UNITED STATES OF AMERICA,
Respondent

Sentencing Date: 6/24/18

Docket # 18-17 (TSC)

CASE NO. Judge CHUTKAN

✳ EMERGENCY. EMERGENCY. EMERGENCY. EMERGENCY. EMERGENCY ✳

EMERGENCY EXPEDITED MOTION PURSUANT TITLE 18 U.S.C.S. 3582(c)(1)(A)(i) ,and the First Step Act 603 Compassionate Release for Compelling and Extraordinary Reasons caused by Covid-19

Now comes the Defendant, Timothy L. Jennings Sr. who files this EMERGENCY MOTION for immediate release, and if NEEDED , home confinement due to eminent Covid-19 infection by pandemic . The Defendants Home confinement date is 1-8-2023 and his go directly home date is 7-8-2023.

The Federal Government has announced that a pandemic for the virus COVID-19 is uncontrolled and spreading to person whom do , and do not practice social distancing. As this Honorable Court known's, Prisons have no ability to socially distance. Specifically, that FCI Gilmer Administration has engaged in  "pretending to practice" separations of units of inmates as part of there social distancing efforts to "SLOW" the virus "WHEN" it enters the facility. This Honorable Court could easily see that the FCI Gilmer does not practice proper social distancing and is in fact Negligent in its efforts to contain  Covid-19 virus.

This inmate will Die in this prison if he gets the COVID-19 for the reasons stated on the back side of this motion. All facts are on the Medical records, or are established in Grievances for failures to provide Medical Attentions prior to this pandemic.

Defendant will not be given needed hospital medical attention due to the hospitals already being over run, and because the FCI Gilmer DO NOT HAVE THE CAPABILITY TO PROVIDE NEEDED ASSISTANCE TO ALL SICK INMATES WHEN THE COVID - 19 arrives in the next couple days to possible weeks

Defendant ; is a non- violent offender who , if immediately released, has a home to go to were he can provide social distancing, access needed personal medical supplies, and access needed care unavailable here as a inmate under the care and control of the FCI Gilmer that seems to have no intention to properly care for the inmates.

A. Standard of Review

Specifically, in 2018, Congress passed the First Step Act section 603, which among other things, amended tile 18 USC3582(c)(1)(A)(I) to permit the court to "consider MOTIONS by Defendants for compassionate relief without a motion approval from the Director of the Bureau of Prisons prior to bringing the Motion to the Court". Here, if the Director refuses to agree to the motion, or fails to respond to the request, the Court has jurisdiction to consider the motion brought by the Defendant. See United States v Beck, no.: 1:13-cv-186-6, 2019 U.S. Dist., Lexis 108542, 2019 WL 271 6505*5 (M.D.N.C. June 28th, 2019)

The standard of "EXTRAORDINARY and COMPELLING reason warrant such a reduction. See Title 18 U.S.C.S. 3582(c)(1)(A)(i)

Due to the pending injury of extremely high risk of DEATH, the pandemic has presented that this inmate is the most vulnerable of Death out of the most venerable of society because he is forced to remain in close proximity of other inmates, and the FCI Gilmer staff have taken false and misleading practices of "social distancing" and fail to quarantine inmates by ways that actually provide "no separation and or protection" from each other and the eminent virus. This eminent infection posses the high risk of death by way of unreasonable medical conditions that the Defendants had not been noticed about at sentencing. IN no part of the Defendants sentence was he notified that in the event of a pandemic , he will be subjected to unreasonable medical precautions that will inevitably lead to death. Thus the "futility and irreparability" standard applies because  the grievance

1

process takes an average of 6 months leaving the Defendants dead before exhaustion of Compassionate release is finalized, and that his death will come long before the exhaustion is done as required by the Prison Litigation Reform Act 1997(e). Exhaustion, for theses reasons must be waived. See McDonald v Centra, INC., 946 F.2d 1059, 1063 (4th Cir 1991) cited in Roe v Shanahan., 2019 U.S. Dist. Lexis 25419 (E.D. Va February 15th 2019, Case no.: 1:18-cv-1565.Injury is inevitable. See Bowen v City Of New York, 476 U.S. 467, 483, 106 S Ct 2022, 90 L.Ed 2d 462 (1986)

This Honorable Court should have a "IN CAMERA " viewing (VIDEO) of the daily prison movement starting from 3/16/ 2020 from 6 am to 9 pm to see that the policy created recently to protect the Defendants and Others is not being properly implemented putting ALL inmates at risk of cross contamination. The medical sick call , education, barber shop, Unicor workers, Chow hall workers, yard porters, co-mingle with persons that are suppose to be separated by policy to protect the spreading of Covid-19. Inmates are herded together in tights corridors when serving food in violation of social distancing standard. Please request the video and review there policies to under stand we are at risk of death.

INCLOSING: *My Health is Bad" Heart Problems, Diabetic, Need a Knee Replacement. I'm a Vietanam Veteran.*

1, Defendant. asks that the VIDEO of the daily operations of the entire compound need to be PRESERVED BY COURT ORDER due to the imminent death of this inmate and many others. As stated, the facility is not following the policy and cross contamination is happening daily and constantly.

2. This Honorable Court can have a "IN CAMERA VIEWING" of the daily movements of Unit A, B, and C from 3/16/2020 to 3/20/2020 , which will show constant criss cross contamination of inmates that are supposedly being protected by social distancing by way of Administrative measures- which are plainly not being done at HIGH RISK OF DEATH of myself and over 1000 inmates .

3. Immediate release for compassionate reasons that reach the extraordinary and compelling Pandemic that is known to kill the most vulnerable, such as this Defendant.

4. Defendant asks that this Honorable Court file a PRESERVATION ORDER OF ALL VIDEO OF FCI GILMER FROM 6 am to 9 pm to secure the Gross Negligence that may kill this defendants while he awaits the response.

5. PLEASE EXPEDITE THE RESPONSE DUE TO EMERGING HIGH RISK OF DEATH BY COVID-19

There is no case law that will convince this Honorable Court to make a Moral decision. Only the ability to utilize the First step act 603 "EXTRAORDINARY AND COMPELLING" standard is what stand between life and death being part of extra judicial punishment that the Defendant never factored into his sentence.

The above is true and fact signed under the laws of perjury *Timothy Jennings Sr.*

DATE: *April 6, 2020*

Certificate of service: I sent a copy of this document and attachment to UNITED STATES DISTRICT COURT, DISTRICT OF *Columbia* LOCATED *333 Constitution Ave N.W. Washington, D.C. 20001* BY *4/6/2020*

Name: *Timothy L. Jennings Sr.*

Inmate Number: *07339-017*

FCI GILMER

PO BOX 6000

GLENVILLE,WV 26351-6000

SEE ATTACHMENT

2